**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WODIFY TECHNOLOGIES, LLC, a Delaware limited liability company; and AMEET SHAH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE BEACH CLUB, LLC (D/B/A TAHOE BEACH CLUB), a Nevada limited liability company;<br><br>Defendant. | Case No.: 3:25-cv-00522-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 18)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Wodify Technologies, LLC and Ameet Shah ("Plaintiffs"), by and through their counsel, Michelle D. Alarie, Esq. of Alarie Law and Bradford L. Higdon, Esq. of FBT Gibbons LLP (LR IA 11-2 admitted), and Defendant Tahoe Beach Club, LLC ("Defendant"), by and through its counsel Paul A. Matteoni, Esq. and Samantha M. Vanillo, Esq. of Womble Bond Dickinson (US) LLP, hereby stipulate and move, pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA-6-1, to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 18), filed on September

7, 2026, from its current deadline of Monday, September 21, 2026, to Monday, September 28, 2026. This is the first request to extend this deadline.

Good cause exists to extend Plaintiffs' deadline to respond to the Motion to Dismiss by one week, or to September 28, 2026. Defendant's Motion to Dismiss challenges each and every one of Plaintiffs' six causes of action and lead counsel for Plaintiffs requires additional time to prepare a comprehensive response. In addition, lead counsel has been out of office for a portion of the response period. Finally, Defendant agrees to the one-week extension.

This request is made in good faith and is not intended to unreasonably delay this matter. In particular, this case is in its preliminary stages and the parties have not yet held their case conference under Fed. R. Civ. P. 26(f).

Based on the foregoing, the parties respectfully request that this Court extend Plaintiffs' deadline to respond to Defendant's Motion to Dismiss to September 28, 2026.

Dated this 17th day of September, 2026.

**ALARIE LAW**

By: *_/s/ Michelle D. Alarie_*
Michelle D. Alarie, Esq.
Nevada Bar No. 11894
4484 S. Pecos Road, Suite 173
Las Vegas, Nevada 89121

Bradford L. Higdon, Esq.
(LR IA 11-2 admitted)
Colorado Bar No. 61220
FBT GIBBONS LLP
1801 California Street, Suite 2700
Denver, Colorado 80202

*Attorneys for Plaintiffs Wodify Technologies, LLC and Ameet Shah*

Dated this 17th day of September, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: *_/s/ Paul A. Matteoni_*
Paul A. Matteoni, Esq.
Nevada Bar No. 3486
Samantha M. Vanillo, Esq.
Nevada Bar No. 17008
One East Liberty Street, Suite 300
Reno, Nevada 89501

*Attorneys for Defendant Tahoe Beach Club, LLC (d/b/a Tahoe Beach Club)*

**IT IS SO ORDERED.**

**ANNE R. TRAUM**
UNITED STATES DISTRICT JUDGE

DATED this 18th day of September, 2026.