PAUL A. MATTEONI, BAR NO. 3486
paul.matteoni@wbd-us.com
SAMANTHA M. VANILLO, BAR NO. 17008
samantha.vanillo@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929

*Attorneys for Defendant Tahoe Beach Club, LLC (d/b/a Tahoe Beach Club)*

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WODIFY TECHNOLOGIES, LLC, a Delaware limited liability company; and AMEET SHAH, an individual,

Plaintiffs,

vs.

TAHOE BEACH CLUB, LLC (D/B/A TAHOE BEACH CLUB), a Nevada limited liability Company,

Defendants.

Case No. 3:25-cv-00522-ART-CLB

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS (ECF NO. 22)**

**(FIRST REQUEST)**

Defendant Tahoe Beach Club, LLC (D/B/A Tahoe Beach Club) (hereinafter "TBC" or "Defendant"), by and through its counsel, the law firm of Womble Bond Dickinson (US) LLP, and Plaintiffs Wodify Technologies, LLC and Ameet Shah ("Plaintiffs"), by and through their counsel, Michelle D. Alarie, Esq. of Alarie Law and Bradford L. Higdon, Esq. of FBT Gibbons LLP (LR IA 11-2 admitted), hereby stipulate and move, pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA-6-1, to extend the deadline for Defendant to respond to Plaintiffs' Response in Opposition to Defendant Tahoe Beach Club, LLC D/B/A Tahoe Beach Club's Motion to Dismiss (ECF No. 22), filed September 28, 2026, from its current deadline of Monday, October 5, 2026 to **Friday, October 16, 2026**.

Good cause exists to extend Defendant's deadline to file its reply in support of the Motion to Dismiss by nine business days. Plaintiffs' Opposition is extensive and requires additional time for Defendant to prepare a comprehensive reply. In addition, Defendant's counsel will be briefly out of the office for previously scheduled travel to attend a wedding. Plaintiffs agree to the requested extension.

This request is made in good faith and is not intended to unreasonably delay this matter. In particular, this case remains in its preliminary stages, and the parties have not yet conducted their case conference pursuant to Fed. R. Civ. P. 26(f).

Based on the foregoing, the parties respectfully request that the Court extend Defendant's deadline to file its reply in support of the Motion to Dismiss through **Friday, October 16, 2026**.

**ALARIE LAW**

By: *__/s/ Bradford L. Higdon__*
Michelle D. Alarie, NV Bar No. 11894
4484 S. Pecos Road, Suite 173
Las Vegas, NV 89121

Bradford L. Higdon
(LR IA 11-2 admitted)
Colorado Bar No. 61220
FBT GIBBONS LLP
1801 California Street, Suite 2700
Denver, CO 80202

*Attorneys for Plaintiffs Woodify Technologies, LLC and Ameet Shah*

**WOMBLE BOND DICKINSON (US) LLP**

By: *__/s/ Paul A. Matteoni__*
Paul A. Matteoni, NV Bar No. 3486
Samantha M. Vanillo, NV Bar No. 17008
One E. Liberty Street, Suite 300
Reno, NV 89501

*Attorneys for Defendant Tahoe Beach Club, LLC, (d/b/a Tahoe Beach Club*

**ORDER:**

**IT IS SO ORDERED.**

[signature]
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of October, 2026.