WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WODIFY TECHNOLOGIES, LLC, a Delaware limited liability company; and AMEET SHAH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE BEACH CLUB, LLC (D/B/A TAHOE BEACH CLUB), a Nevada limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00522-ART-CLB<br><br>ORDER GRANTING<br>**JOINT STIPULATION TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

Defendant Tahoe Beach Club, LLC (D/B/A Tahoe Beach Club) (hereinafter "TBC" or "Defendant"), by and through its counsel, the law firm of Womble Bond Dickinson (US) LLP, and Plaintiffs Wodify Technologies, LLC and Ameet Shah ("Plaintiffs"), by and through their counsel, Michelle D. Alarie, Esq. of Alarie Law and Bradford L. Higdon, Esq. of FBT Gibbons LLP (LR IA 11-2 admitted), hereby stipulate and move, pursuant to FRCP 16 and 26, and Local Rules LR IA 6-1, LR 7-1, and LR 26-1, to extend (1) the deadline to submit the stipulated discovery plan and scheduling order and (2) the deadline to exchange initial disclosures under FRCP 26(a)(1), as follows:

/ / /

/ / /

1. On October 20, 2026, counsel for the parties conducted the conference required by FRCP 26(f) and LR 26-1(a). Under LR 26-1(a), the parties' stipulated discovery plan and scheduling order is due fourteen (14) days after the Rule 26(f) conference, or November 3, 2026. Under FRCP 26(a)(1)(C), the parties' initial disclosures are likewise due within fourteen (14) days after the Rule 26(f) conference, or November 3, 2026, unless otherwise stipulated or ordered.

2. The parties stipulate and request that the deadline to submit the stipulated discovery plan and scheduling order be extended to **November 13, 2026**.

3. The parties further stipulate and request that the deadline to exchange initial disclosures under FRCP 26(a)(1) be extended to fourteen (14) days after November 13, 2026, or **November 27, 2026**.

4. Good cause exists for the requested extensions. Defendant filed a Motion to Dismiss (ECF No. 18), which is fully briefed. At the Rule 26(f) conference, the parties discussed the effect of the pending Motion to Dismiss on discovery. Plaintiffs did not agree to place any limits or stay on discovery. The requested extension will allow Defendant TBC additional time to consider whether to file a motion to stay of discovery and/or whether the parties can reach an agreed-upon discovery plan.

5. This request is made in good faith, and not for the purpose of delay.

6. No party will be prejudiced by the requested extensions. This is the first request for an extension of the deadline to submit the stipulated discovery plan and scheduling order and the first request for an extension of the deadline to exchange initial disclosures.

7. Nothing herein shall be deemed or is intended to act as a waiver of the right of any party to file a motion seeking a stay of discovery.

WHEREFORE, the parties respectfully request that the Court enter the accompanying Order: (1) extending the parties' deadline to submit the stipulated discovery plan and scheduling order to **November 13, 2026**; and (2) extending the parties' deadline to exchange initial disclosures under FRCP 26(a)(1) to **November 27, 2026**.

/ / /

/ / /

WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501

**IT IS SO STIPULATED.**

DATED: October 21, 2026.

**ALARIE LAW**

By: */s/ Bradford L. Higdon*
Michelle D. Alarie, NV Bar No. 11894
4484 S. Pecos Road, Suite 173
Las Vegas, NV 89121

Bradford L. Higdon
(LR IA 11-2 admitted)
Colorado Bar No. 61220
FBT GIBBONS LLP
1801 California Street, Suite 2700
Denver, CO 80202

*Attorneys for Plaintiffs Wodify Technologies, LLC and Ameet Shah*

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Paul A. Matteoni*
Paul A. Matteoni, NV Bar No. 3486
Samantha M. Vanillo, NV Bar No. 17008
One E. Liberty Street, Suite 300
Reno, NV 89501

*Attorneys for Defendant Tahoe Beach Club, LLC (d/b/a Tahoe Beach Club)*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATE: October 21, 2026



WOMBLE BOND DICKINSON
One East Liberty Street, Suite 300
Reno, Nevada 89501