BRADFORD L. HIGDON, ESQ. (LR IA 11-2 admitted)
Colorado Bar No. 61220
FBT GIBBONS LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
Telephone: (303) 406-4990
bhigdon@fbtgibbons.com

MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ALARIE LAW
4484 S. Pecos Road, Suite 173
Las Vegas, Nevada 89121
Telephone: (702) 208-8013
Facsimile: (702) 620-4603
malarie@alarielaw.com

*Attorneys for Plaintiffs Wodify Technologies, LLC and Ameet Shah*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WODIFY TECHNOLOGIES, LLC, a Delaware limited liability company; and AMEET SHAH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE BEACH CLUB, LLC (D/B/A TAHOE BEACH CLUB), a Nevada limited liability company;<br><br>Defendant. | Case No.: 3:25-cv-00522-ART-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**[SECOND REQUEST]** |

Plaintiffs Wodify Technologies, LLC ("Wodify") and Ameet Shah ("Mr. Shah," and with Wodify, "Plaintiffs"), by and through their counsel of record, Michelle D. Alarie, Esq. of the law firm Alarie Law and Bradford L. Higdon, Esq. of the law firm FBT Gibbons LLP (LR IA 11-2 admitted), and Defendant Tahoe Beach Club, LLC (D/B/A Tahoe Beach Club) (hereinafter "TBC" or "Defendant"), by and through its counsel, the law firm of Womble Bond Dickinson (US) LLP, hereby stipulate and move, pursuant to FRCP 16 and 26, and Local Rules LR IA 6-1, LR 7-1, and LR 26-1, to extend the deadline to submit the joint discovery plan and scheduling order, as follows:

1. On October 20, 2026, counsel for the parties conducted the conference required by FRCP 26(f) and LR 26-1(a).

2. The parties previously stipulated and requested that the deadline to submit the stipulated discovery plan and scheduling order be extended to **November 13, 2026** to allow Defendant additional time to consider whether to file a motion to stay discovery.

3. The Court entered an Order on October 21, 2026 extending that deadline to November 13, 2026.

4. Since that time, the parties have been engaging in meaningful discussions regarding Defendant's possible Motion to Stay and the stipulated discovery plan and scheduling order.

5. On November 12, 2026, Microsoft Outlook experienced nationwide outages that prevented the parties from being able to exchange drafts of the discovery plan and scheduling order and finalizing the document ahead of the November 13, 2026 deadline. Those outages continued into the morning of November 13, 2026.

6. The parties therefore stipulate and request that the deadline to submit the joint discovery plan and scheduling order be extended to **November 18, 2026**.

7. This request is made in good faith and not for the purpose of delay. Further, based on the above, good cause exists for the requested extension.

8. No party will be prejudiced by the requested extensions. This is only the second request for an extension of the deadline to submit the joint discovery plan and scheduling order, and the parties request only to extend the deadline by an additional three business days.

9. Nothing herein shall be deemed or is intended to act as a waiver of the right of any party to file a motion seeking a stay of discovery

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court enter the accompanying Order extending the parties' deadline to submit the joint discovery plan and scheduling order to **November 18, 2026**.

**IT IS SO STIPULATED.**

Dated this 13th day of November, 2026.

**ALARIE LAW**

By: */s/ Michelle D. Alarie*
Michelle D. Alarie, Esq.
Nevada Bar No. 11894
4484 S. Pecos Road, Suite 173
Las Vegas, Nevada 89121

Bradford L. Higdon, Esq.
(LR IA 11-2 admitted)
Colorado Bar No. 61220
FBT GIBBONS LLP
1801 California Street, Suite 2700
Denver, Colorado 80202

*Attorneys for Plaintiffs Wodify Technologies, LLC and Ameet Shah*

Dated this 13th day of November, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Samantha M. Vanillo*
Paul A. Matteoni, Esq.
Nevada Bar No. 3486
Samantha M. Vanillo, Esq.
Nevada Bar No. 17008
One East Liberty Street, Suite 300
Reno, Nevada 89501

*Attorneys for Defendant Tahoe Beach Club, LLC (d/b/a Tahoe Beach Club)*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: November 16, 2026

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 (b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic filing service to all parties and counsel registered for electronic service in the above-captioned case, including without limitation:

Paul A. Matteoni, Esq. – paul.matteoni@wbd-us.com
Samantha M. Vanillo, Esq. – samantha.vanillo@wbd-us.com

Dated: November 13, 2026

*/s/ Michelle D. Alarie*
An employee of Alarie Law